IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHADONNA SPENCER,
Parent and Next Friend of K. S.

      Plaintiffs

v.

      Civil Action No. _____
      JUDGE: _____

DISTRICT OF COLUMBIA, *et al,*.

      Defendants.

**PLAINTIFF'S COUNSEL CERTIFICATE PURSUANT TO LCvR 65.1 (a)**

I.    **NOTICE TO ADVERSE PARTY**

      Pursuant to LCvR 65.1 (a), I hereby certify that on the _____ day of December 2005 I caused a copy of the complaint, motion for temporary restraining order or alternatively preliminary injunction, memorandum of points and authorities in support of said motion, exhibits, affidavit, and Orders to be served upon:

District of Columbia
Serve: Anthony Williams, Mayor    time served:_____
Wilson Building
1350 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone # (202) 727-5820 or (202) 727-1000

District of Columbia Public Schools
Serve: Clifford Janey, Superintendent    time served:_____
825 North Capitol Street, NE
Washington, D.C. 20002
Phone # (202) 442-5885 or (202) 727-1000

District of Columbia
Serve: Robert Spagnoletta, Attorney General   time served:_____
Wilson Building
1350 Pennsylvania Avenue, NW, Suite 409
Washington, D.C. 20004
Phone # (202) 727-3400 or (202) 727-1000

District of Columbia Public Schools
Serve: Quinne Harris-Lindsey, Manager   time served:_____
825 North Capitol Street, NE
Washington, DC 20002
Phone # (202) 442-5000 or (202) 727-1000

III.     **NOTICE OF TIME OF APPLICATION**

Pursuant to LCvR 65.1 (a), I hereby certify that on the _____ day of December 2005 at the time of _____ I caused a copy of the complaint, motion for temporary restraining or alternatively preliminary injunction, memorandum of points and authorities in support of said motion, exhibits, affidavit, and Orders to be filed in the Civil Clerk's Office of the United States District Court for the District of Columbia.

Respectfully submitted,

_____
Roy Carleton Howell, No. 415142
8003 Parkside Lane, N.W.
Washington, D.C. 20012
Home Phone (202) 545-0750
Office Phone (202) 545-0755

Attorney for Plaintiff

2