## Declaration

**THE DISTRICT OF COLUMBIA**

I, Jillian Diesner, being of legal age, do hereby declare and say under penalty of perjury:

Currently, I am assigned as a Special Education Coordinator at Wilkinson Elementary School. I am also a certified special education teacher. I am associated with this matter as I have direct knowledge of DCPS' involvement and participation.

On December 6, 2005, I received a Complaint Notice and Request for Records for Kavon Spencer.

December 7, 2005, I called Ms. Spencer to schedule the Resolution Session for December 21, 2005 at 1:00 pm.

December 8, 2005, Ms. Spencer brought Kavon to school, she asked me to tell her what the meeting was about. She expressed discomfort with having a meeting. Her exact words were "Does it really have to go that deep?" She stated that she thought she was signing Kavon up for a special program so he could receive tutoring or other services. I shared the Complaint Notice with her and stated that these are the concerns we will address at the meeting. She stated she did not feel that the issues listed in the Complaint Notice are of a concern to her, and that she did not intend to be taking legal action against the school. I advised her to speak to her attorney about this issue and share her concerns with him.

December 13, 2005, I sent all records to Mr. Howell's office, along with the Meeting Confirmation Notice. He called me to confirm the meeting at 1:00 on 12/21/05. I told him that Ms. Spencer had spoken with me about not wanting to proceed with the meeting and that I had told her to call him. He thanked me and asked me to refer all questions either of us had to him.

December 14, 2005, Ms. Spencer came to the school to give Kavon his medication at lunchtime. She came to my office and stated that she had left several messages for her attorney but had not heard back from him. She said she still did not want to proceed with the resolution meeting and that she did not want to have any further involvement with her attorney. Ms. Kinzer, Special Ed. Supervisor for DCPS, was in my office at the time and witnessed the conversation. She called OGC and spoke with Ms. Herbert, who advised Ms. Spencer (via Ms. Kinzer) to write a statement to that effect. Ms. Spencer did so. When she asked, I assisted Ms. Spencer in spelling the words she could not spell, because she has problems in reading and writing. I did not suggest any phrases or words for her to write, as Ms. Kinzer and Ms. Spencer can attest. I made a copy of this statement for the parent, and faxed it to OGC.

December 15, 2005, Ms. Herbert called to advise me to contact Mr. Howell and let him know about the parent's withdrawal and to fax him the document. I did so, and Mr. Howell became extremely loud, verbally aggressive and threatening towards me. He stated repeatedly that he planned to sue me personally in federal court, that I had no right to talk with his client, and that I

had coerced her into making her statement. I assured him this was not true, but he refused to either listen to me or let me speak. After about 5 minutes, I hung up the phone.

December 21, 2005, I received a typed letter, signed by Ms. Spencer, stating that she did not understand what she wrote previously and that she wishes the case to proceed. I called Ms. Spencer to discuss Kavon's recent absences from school, and I also noted that I received a letter from her regarding the complaint and her desire to proceed. She stated that she did not write a letter, but that she had signed something from Mr. Howell. She could not recall what was in the letter. She also stated that she had received another letter telling her she could not withdraw her complaint once it had been started. I told her I would be contacting Mr. Howell to schedule the resolution session as previously planned and that I would not contact her again, to avoid further problems.

_____  12/22/05
Signature of Declarant