# Declaration

**THE DISTRICT OF COLUMBIA**

I, Karen Jones Herbert, being of legal age, do hereby declare and say under penalty of perjury:

I am currently an Attorney Advisor with the Office of General Counsel, D.C. Public Schools. As a part of my duties, I am the primary contact for all resolution sessions held pursuant IDEA 2004. It is in that capacity that I have personal knowledge of the following:

On or about Tuesday, December 13th, I received a call from the Ms. Kinzer, Special Education Specialist of the cluster that Wilkinson is in, stating that she and Ms. Diesner, Special Education Coordinator of Wilkinson ES, had been approached by Ms. Spencer, at the school, to state that she did not want to have a meeting on him, and she asked what should she and Ms. Diesner do. I called her back and told her to get that information in writing from Ms. Spencer, to fax us a copy, and to call the attorney and let him know that the meeting would not be held because the Mother said she did not want to have the meeting, because she felt all was well at the school for her son. Ms. Diesner got the message from Ms. Kinzer and called me and told me she had the letter and asked should she call the attorney. I told her yes, and let him know that no meeting would be scheduled because of the letter.

She called the attorney, Mr. Howell, and tried to tell him that she had the letter and that there would be no meeting. He started yelling and screaming at her and accusing her of influencing his client behind his back and cajoling that letter out of her, because she was a "poor black young girl from SE, who did not know any better and could be easily influenced." Ms. Diesner hung up and called me and asked that I speak to him since he was so mean and nasty to her. I asked for his number and called him. He immediately started yelling and screaming the same thing to me as he had done to Ms. Diesner. After about five minutes of nonstop verbiage, I stated to Mr. Howell, if he felt that the Mother had been influenced then, we would have the Resolution Session and he could air his grievances at that time. He said thank you and I hung up.

I called Ms. Diesner back and left a voice mail letting her know what I had told Mr. Howell. I tried to call her several times that evening, but she was at a meeting and could not get my message. The next day, when I came in, there was a message on my e-mail, from Ms. Diesner, stating that she did not agree with holding the Resolution Session, since the Mother had expressed her satisfaction with the school and its handling of her son.

That's when I communicated with my supervisor, Quinne Harris-Lindsey, and she informed me that the meeting should not be held because the parent didn't want it held. She told me that she would call Mr. Howell and tell him that no meeting would be held.

Declaration of Karen Jones Herbert
Page 2

Ms. Harris-Lindsey called Mr. Howell and left a message that a meeting would not be held because the mother had signed a letter indicating that she did not want a meeting held.

Later on in the day, Mr. Howell returned Ms. Harris-Lindsey's telephone call and immediately started screaming into the phone. Ms. Harris-Lindsey kept attempting to say something but Mr. Howell kept interrupting. Finally, Ms. Harris-Lindsey told Mr. Howell, thank you very much and good bye. She hung up the phone.


_____          12/22/05
Signature of Declarant               Date