## Declaration

**THE DISTRICT OF COLUMBIA**

I, Quinne Harris-Lindsey, being of legal age, do hereby declare and say under penalty of perjury:

I am currently the Acting Supervisory Attorney Advisor with the Office of General Counsel, D.C. Public Schools. As a part of my duties, I supervise the Attorney Advisors in matters involving administrative due process hearings. It is in that capacity that I have personal knowledge of the following:

On Friday, December 16, 2005, I had a conversation with Karen Jones Herbert, Attorney Advisor with the Office of General Counsel. Mrs. Herbert is the primary attorney assigned to attend resolution sessions and address all matters related thereto.

Mrs. Herbert told me that she had agreed to reschedule a resolution meeting for Kavon Spencer based on a conversation with Roy Carlton Howell, attorney for the mother, Ms. Shadonna Spencer.

Mrs. Herbert told me that the resolution session was cancelled by the local school, Wilkinson Elementary School, when the parent, Ms. Spencer verbally and in writing indicated that she wanted to withdraw her hearing complaint. Mrs. Herbert showed me a faxed copy of the hand written letter signed by Ms. Spencer.

I told Mrs. Herbert that based on her representation and the parent's withdrawal letter it would be inappropriate to reschedule the meeting without something in writing indicating that Ms. Spencer had changed her mind.

I called Mr. Howell with Mrs. Herbert present to inform him that I was overruling Mrs. Herbert's actions of agreeing to reschedule the resolution session based on the parent's written withdrawal. Mr. Howell did not answer so I left a voicemail message for Mr. him.

Mr. Howell returned my call close to 5:00 pm, indicating that he was calling me in response to my voicemail message.

As I attempted to explain my decision, Mr. Howell became extremely loud, rude and obnoxious. He interrupted my attempts to explain my decision.

I don't recall anything that Mr. Howell said as his behavior was abusive and unprofessional.

I told Mr. Howell that I would not participate in a conversation with him yelling and politely told him that I was ending the conversation, said goodbye and hung up.

Declaration of Quinne Harris-Lindsey
Page 2

Mr. Howell followed up with a voicemail message indicating that he would handle this in court.

_____          _12.22.05_____
Signature of Declarant                                      Date