

District Of Columbia
Public Schools

**Wilkinson Elementary School**
2330 Pomeroy Road S.E.
Washington, D.C. 20020

Telephone #:  (202) 698-1111
Facsimile #:   (202) 698-1112

*Dr. Margaret Aliendre, Principal*
*Judy M. Jones, Assistant Principal*

To:     Quinne Harris-Lindsey
From:  Dr. Margaret Aliendre, Principal
Date:  December 23, 2005
Re:     Kavon Spencer

During the first week of December Ms. Spencer, her grandfather and his wife were in my office to discuss Ms. Spencer's son Kavon Spencer. During our conversation Ms. Spencer mentioned that she enrolled her son in a program and was waiting to be called for it to begin. I asked more about the program and as she described what she had done I realized that Ms. Spencer had signed to begin a case against the school regarding her son Kavon. I explained this to Ms. Spencer who said, "That is not what I want to do". I informed her that she should let the attorney know how she feels.

On Wednesday December 21, Kavon came to school with his grandfather who asked to speak with me. He mentioned that an attorney called his house and left a message on the answering machine stating that he wanted to speak with him, because he was not sure whether his granddaughter (Ms. Spencer) understood what she is doing. I referred to a typewritten letter with Ms. Spencer's signature, which I received stating that she wants to continue the suit against the school and we should speak with her attorney. He then stated that this is not what she wants to do and he had all intentions of letting the attorney know that she did not know what she was getting into when she signed those papers.