IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHADONNA SPENCER,
Parent and Next Friend of K.S.

    Plaintiffs

v.

Civil Action No. **1:05-cv-2439**
JUDGE: Ricardo M. Urbina

DISTRICT OF COLUMBIA, *et al.*

    Defendants.

# PLAINTIFF'S EXHIBIT "A"

1

```
[Code of Federal Regulations]
[Title 34, Volume 2]
[Revised as of July 1, 2004]
From the U.S. Government Printing Office via GPO Access
[CITE: 34CFR300.511]

[Page 66]
```

TITLE 34--EDUCATION

REHABILITATIVE SERVICES, DEPARTMENT OF EDUCATION

PART 300_ASSISTANCE TO STATES FOR THE EDUCATION OF CHILDREN WITH DISABILITIES--Table of Contents

Subpart E_Procedural Safeguards

Sec. 300.511  Timelines and convenience of hearings and reviews.

   (a) The public agency shall ensure that not later than 45 days after the receipt of a request for a hearing--
   (1) A final decision is reached in the hearing; and
   (2) A copy of the decision is mailed to each of the parties.
   (b) The SEA shall ensure that not later than 30 days after the receipt of a request for a review--
   (1) A final decision is reached in the review; and
   (2) A copy of the decision is mailed to each of the parties.
   (c) A hearing or reviewing officer may grant specific extensions of time beyond the periods set out in paragraphs (a) and (b) of this section at the request of either party.
   (d) Each hearing and each review involving oral arguments must be conducted at a time and place that is reasonably convenient to the parents and child involved.

(Authority: 20 U.S.C. 1415)