IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHADONNA SPENCER,
Parent and Next Friend of K.S.

Plaintiffs

v.

Civil Action No. **1:05-cv-2439**
JUDGE: Ricardo M. Urbina

DISTRICT OF COLUMBIA, et al.

Defendants.

## AFFIDAVIT OF SERVICE

(1) I, Darlene Eubank Howell, hereby declare that on the 21th day of December 2005, I served Quinne Harris-Lindsey in her capacity as a manager at the District of Columbia Public Schools at 10:14 am by service of process upon an administrator at 825 North Capitol Street, NE., 9th floor, suite 9095, Washington, D.C 20002. The lady who took the legal papers would not identify herself. The administrator was a Black female, middle aged with short hair.

(2) I, Darlene Eubank Howell, hereby declare that on the 21th day of December 2005, I served Clifford Janey in his capacity as Superintendent of the District of Columbia Public Schools at 10:16 am by service of process upon an administrator at 825 North Capitol Street, NE, 9th floor, suite 9026, Washington, D.C. 20002. The lady who came to take the legal papers did not have an identification badge, and did not identify herself. The administrator was a young Black female with glasses.

RECEIVED
DEC 2 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

(3) I, Darlene Eubank Howell, hereby declare that on the 21st day of December 2005, I served Robert Spagnoletta in his capacity as Attorney General of the District of Columbia Government at 12:37 pm by service of process upon Kimberly Mathews Johnson, One Judiciary Square, Washington, D.C. I, Darlene Eubank Howell, did try service of process upon Darlene Fields, secretary, and/or Tonia Robinson, legal assistant, and/or Gale Rivers, secretary, and/or the Deputy or Assistant Deputy of the Civil Litigation Division. Kimberly Matthews Johnson identified herself as the person in charge and accepted service of process. Moreover, the office of Attorney General identified Kimberly Matthews Johnson as the person in charge to accept service of process on the 21st day of December 2005.

(4) I, Darlene Eubank Howell, hereby declare that on the 21st day of December 2005, I served Anthony Williams in his capacity as Mayor of the District of Columbia Government at 1:00 pm by service of process upon an administrator at The Wilson Building, 1350 Pennsylvania Avenue, N.W., Office of the Mayor, Washington, D.C. A young Black male employee directed and guided me to the office of a lady who took the legal papers. The lady who took the papers was Black, middle aged with brown hair, and she did not identify herself.

I, declare under penalty of perjury under the laws of the United States of America that the foregoing information and statements contained in this Affidavit of Service document are true and correct.

_____
Darlene Eubank Howell

Subscribed and sworn to before me this 28th day of December 2005.

_____
Notary Public

My commission Expires: 03/08/08



**CERTIFICATE**

I, Roy Carleton Howell, do hereby certify that this AFFIDAVIT OF SERVICE was filed on the 28th day of December 2005 in the Civil Clerk's Office of the United States District Court for the District of Columbia. I also state that an original was mailed via first class mail to the chambers of United States District Court Judge Ricardo M. Urbina.

_____
Roy Carleton Howell