UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHADONNA SPENCER, | : |
| Plaintiff | : |
| v. | : Civ. Action No. 05-2439 (RMU) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

<b><u>NOTICE OF APPEARANCE</u></b>

Pursuant to Rule 83.6 of the Local Rules, I hereby enter my appearance as lead attorney for the District of Columbia in the above captioned case.

                                              Respectfully submitted,

                                              ROBERT J. SPAGNOLETTI
                                              Attorney General for the District
                                               of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General
                                              Civil Litigation Division

                                              */s/ Edward P. Taptich*_____
                                              EDWARD P. TAPTICH (012914)
                                              Chief, Equity Section 2

                                              /s/ *Veronica A. Porter*_____
                                              VERONICA A. PORTER (412273)
                                              Assistant Attorney General
                                              441 4th St., N.W., Sixth Floor South
                                              Washington, D.C. 20001
                                              (202) 724-6651

**January 3, 2006**