**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SHADONNA SPENCER, | : | |
| | : | |
|     Plaintiff, | : | Civil Action No.:    05-2439 (RMU) |
| | : | |
| v. | : | Document No.:    2 |
| | : | |
| DISTRICT OF COLUMBIA *et al.*, | : | |
| | : | |
|     Defendants. | : | |

**<u>ORDER</u>**

**DENYING THE PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

For the reasons stated in the accompanying Memorandum Opinion, it is this 11th day of January, 2006,

**ORDERED** that the plaintiff's motion for a preliminary injunction is hereby **DENIED**.

**SO ORDERED**.

                                                RICARDO M. URBINA
                                             United States District Judge