UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
**SHADONNA SPENCER,**            :
:
    **Plaintiff**                :
:
    v.                      :  Civ. Action No. 05-2439 (RMU)
:
**DISTRICT OF COLUMBIA, et al.,**  :
:
    **Defendants.**             :
_____:

**DEFENDANTS' MOTION TO DISMISS COMPLAINT**

    Pursuant to Fed. R. Civ. Pro. 7(b)(1), Defendants hereby move to dismiss the Complaint filed December 21, 2005, because the Court lacks jurisdiction.

                                                      Respectfully submitted,

                                                      ROBERT J. SPAGNOLETTI
                                                      Attorney General for the District
                                                       of Columbia

                                                     GEORGE C. VALENTINE
                                                      Deputy Attorney General
                                                      Civil Litigation Division

                                                      */s/ Edward P. Taptich*_____
                                                      EDWARD P. TAPTICH (012914)
                                                     Chief, Equity Section 2

                                                     /s/ *Veronica A. Porter*_____
                                                     VERONICA A. PORTER (412273)
                                                     Assistant Attorney General
                                                     441 4th St., N.W., Sixth Floor South
                                                     Washington, D.C. 20001
                                                     (202) 724-6651

**April 4, 2006**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHADONNA SPENCER, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civ. Action No. 05-2439 (RMU) |
| : | |
| DISTRICT OF COLUMBIA, et al., : | |
| : | |
| Defendants. : | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS COMPLAINT**

On December 21, 2005, Plaintiff filed a Complaint in conjunction with a Motion for Temporary Restraining Order or Alternatively Motion for Preliminary Injunction, alleging that Defendants denied Plaintiff an administrative due process hearing, and had unauthorized contact with Plaintiff to the exclusion of Plaintiff's counsel.

In a Memorandum Opinion ("MO") issued January 11, 2006, which denied Plaintiff's motion for a preliminary injunction, this Court concluded that since the prescribed timetables for processing Plaintiff's request for a hearing have not yet expired, Plaintiff has not yet exhausted her administrative remedies. *MO, p. 4-5, 9.*

A Plaintiff's failure to exhaust administrative remedies deprives the court of authority to hear a suit. *20 U.S.C. §1415.* Accordingly, this action should be dismissed for lack of jurisdiction.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District
     of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*_____
    EDWARD P. TAPTICH (012914)
    Chief, Equity Section 2

    /s/  *Veronica A. Porter*_____
    VERONICA A. PORTER (412273)
    Assistant Attorney General
    441 4th St., N.W., Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6651

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **SHADONNA SPENCER,** | : | |
| **Plaintiff** | : | |
| v. | : | Civ. Action No. 05-2439 (RMU) |
| **DISTRICT OF COLUMBIA, et al.,** | : | |
| **Defendants.** | : | |

### ORDER

Upon consideration of Defendants' Motion to Dismiss Complaint, it is this

_____ day of _____, 2006,

**ORDERED** That the Defendants' motion is GRANTED, and it is

**FURTHER ORDERED**, That Plaintiff's complaint is herein dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

4